402-07/PJG/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
AMERICAS BULK TRANSPORT LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Peter J. Gutowski (PG 2200)
Manuel A. Molina (MM 1017)

JUDGE COTE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AMERICAS BULK TRANSPORT LTD.,                    07 CIV.   (   )

            Plaintiff,                           **RULE 7.1 STATEMENT**

-against-

VOLCANO SHIPPING S.A.,

            Defendant.
-----------------------------------------------------------------x

'07 CIV 7996

RECEIVED SEP 12 2007 U.S.D.C. S.D.N.Y. CASHIERS

      AMERICAS BULK TRANSPORT, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       September 12, 2007

                             FREEHILL HOGAN & MAHAR, LLP
                             Attorneys for Plaintiffs
                             AMERICAS BULK TRANSPORT
          By: _____
                           Peter J. Gutowski (PG 2200)
                           Manuel A. Molina (MM 1017)

NYDOCS1/289755.1