BLANK ROME, LLP
Attorneys for Plaintiff
VOLCANO SHIPPING S.A.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAS BULK TRANSPORT LTD., <br><br> Plaintiff, <br><br> -against- <br><br> VOLCANO SHIPPING S.A., <br><br> Defendant. | 07 Civ. 7996 (DLC) <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff AMERICAS BULK TRANSPORT LTD. ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:   New York, New York
         October 22, 2007

                                        BLANK ROME, LLP
                                        Attorneys for Plaintiff
                                        AMERICAS BULK TRANSPORT LTD.

                                        By: _____
                                            Jack A. Greenbaum (JG 0039)
                                        The Chrysler Building
                                        405 Lexington Ave.
                                        New York, NY 10174-0208
                                        (212) 885-5000