**MEMO ENDORSED**

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ°¹
DANIEL J. FITZGERALD*¹△
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D C
° ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

November 15, 2007

OUR REF: 402-07/PJG

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

RECEIVED
NOV 16 2007
CHAMBERS OF
DENISE COTE

Re: Americas Bulk Transport Ltd. v.
Volcano Shipping S.A.
07 Civ. 7996 (DLC)
-------------------------------------------------

Dear Judge Cote,

We represent the plaintiff Americas Bulk Transport in the captioned action and write to seek the Court's consent to an adjournment of the present motion schedule on the defendant's motion for counter-security, which application is being made jointly by the parties hereto.

Very briefly, this action involves a claim for breach of charter. An attachment was issued under Rule B seeking security for the plaintiff's claim. Funds have been restrained but not the full amount sought under the process of attachment.

In late October, 2007, the defendant Volcano filed a motion seeking counter-security for its claims. Our opposition papers are due under the current motion schedule later this week.

Earlier this week, plaintiff made a proposal to the defendant that each side voluntarily agree to post security to the full extent of the claim and the counter-claim, which would obviate the need for the Court to deal with the motion and eliminate the need to maintain this case. In lieu of this proposal, the defendant suggested that the principals speak to see whether the case might be resolved on the merits. Under these circumstances, each side has agreed to hold the motion in abeyance while those discussions move forward, and thus we jointly propose that the

NYDOCS1/293843.1

The Hon. Naomi Buchwald
November 15, 2007
Page 2

motion schedule be adjourned for two weeks so as to give the principals an opportunity to review a possible settlement.

Provided this meets with the Court's approval, the parties jointly propose that the motion be adjourned and new dates established two weeks from the present schedule such that answering memoranda and/or affidavits would be served on or before November 29, 2007 and any reply submission a week later.

We appreciate the Court's attention to the foregoing and provided the schedule meets with the Court's approval, we will proceed on this basis.

Respectfully submitted,

FREEHILL HOGAN & MAHAR LLP

Peter J. Gutowski

PJG:clc

cc:   Blank Rome LLP
      Attn: Jack A. Greenbaum, Esq.

*Opposition is due November 29; reply is due December 7, 2007.*

*[signature] November 19, 2007*

NYDOCS1/293843.1

FREEHILL, HOGAN & MAHAR LLP