**MEMO ENDORSED**

| | LAW OFFICES OF | |
|---|---|---|
| GEORGE B. FREEHILL<br>WILLIAM L. JUSKA, JR.<br>JAMES L. ROSS*<br>ERIC E. LENCK<br>JOHN J. WALSH*<br>PATRICK J. BONNER*<br>PETER J. GUTOWSKI<br>MARK F. MULLER<br>WAYNE D. MEEHAN*<br>DON P. MURNANE, JR.△<br>THOMAS M. RUSSO<br>THOMAS M. CANEVARI†<br>MICHAEL FERNANDEZ*<br>JOHN F. KARPOUSIS*△<br>MICHAEL E. UNGER*†<br>WILLIAM J. PALLAS*<br>GINA M. VENEZIA*△<br>LAWRENCE J. KAHN*<br>BARBARA G. CARNEVALE*<br>MANUEL A. MOLINA<br>JUSTIN T. NASTRO*<br>PAMELA L. SCHULTZ*°†<br>DANIEL J. FITZGERALD*†△<br>MICHAEL C. ELLIOTT*<br><br>* ALSO ADMITTED IN NEW JERSEY<br>† ALSO ADMITTED IN CONNECTICUT<br>△ ALSO ADMITTED IN WASHINGTON, D.C.<br>° ALSO ADMITTED IN LOUISIANA | FREEHILL HOGAN & MAHAR LLP<br>80 PINE STREET<br>NEW YORK, N.Y. 10005-1759<br>TELEPHONE (212) 425-1900<br>FACSIMILE (212) 425-1901<br>E-MAIL: reception@freehill.com<br>www.freehill.com | NEW JERSEY OFFICE<br>850 BERGEN AVENUE<br>JERSEY CITY, N.J. 07306<br>TELEPHONE (973) 623-5514<br>FACSIMILE (973) 623-3813<br><br>CONNECTICUT OFFICE<br>23 OLD KINGS HIGHWAY SOUTH<br>DARIEN, CT 06820-4538<br>TELEPHONE: (203) 921-1913<br>FACSIMILE (203) 358-8377 |



RECEIVED DEC 0 7 2007 CHAMBERS OF DENISE COTE

December 5, 2007

OUR REF: 402-07/PJG

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07
```

Re: Americas Bulk Transport Ltd. v.
Volcano Shipping S.A.
07 Civ. 7996 (DLC)

Dear Judge Cote,

We represent the Plaintiff Americas Bulk Transport in the captioned action and write, with the consent of defense counsel, to seek a further adjournment on the pending motion filed by the defendants for countersecurity.

As outlined in our last correspondence, the parties have expressed a desire to try to resolve the claim through direct negotiations, and those negotiations continue. In view of this, and so as to conserve both client and judicial resources, the parties would like to continue to hold the present motion in abeyance to enable the parties some additional time to see whether the matter can be resolved on an amicable basis. Under these circumstances, we would respectfully propose that our opposition to the motion, if necessary, would be filed on or before December 13, 2007, and a reply submission on or before December 20, 2007.

Provided this meets with the Court's approval, we will proceed on this basis and we appreciate the Court's attention to the foregoing.

*Granted. There shall be no further extensions.*
*Denise Cote*
*December 10, 2007*

NYDOCS1/295043.1

The Honorable Denise L. Cote
December 5, 2007
Page 2

                                      Respectfully submitted,

                                      FREEHILL HOGAN & MAHAR LLP

                                      Peter J. Gutowski

PJG:clc

cc:    Blank Rome LLP
        Attn: Jack A. Greenbaum, Esq.
        Via Email: jgreenbaum@blankrome.com