<table>
<tr><td>
GEORGE B. FREEHILL<br>
WILLIAM L. JUSKA, JR.<br>
JAMES L. ROSS*<br>
ERIC E. LENCK<br>
JOHN J. WALSH*<br>
PATRICK J. BONNER*<br>
PETER J. GUTOWSKI<br>
MARK F. MULLER<br>
WAYNE D. MEEHAN*<br>
DON P. MURNANE, JR.△<br>
THOMAS M. RUSSO<br>
THOMAS M. CANEVARI†<br>
MICHAEL FERNANDEZ*<br>
JOHN F. KARPOUSIS*△<br>
MICHAEL E. UNGER*†<br>
WILLIAM J. PALLAS*<br>
GINA M. VENEZIA*△<br>
LAWRENCE J. KAHN*<br>
BARBARA G. CARNEVALE*<br>
MANUEL A. MOLINA<br>
JUSTIN T. NASTRO*<br>
PAMELA L. SCHULTZ*°†<br>
DANIEL J. FITZGERALD*†△<br>
MICHAEL C. ELLIOTT*<br>
<br>
* ALSO ADMITTED IN NEW JERSEY<br>
† ALSO ADMITTED IN CONNECTICUT<br>
△ ALSO ADMITTED IN WASHINGTON, D.C.<br>
° ALSO ADMITTED IN LOUISIANA
</td><td>
LAW OFFICES OF<br>
**FREEHILL HOGAN & MAHAR LLP**<br>
80 PINE STREET<br>
NEW YORK, N.Y. 10005-1759<br>
<br>
TELEPHONE (212) 425-1900<br>
FACSIMILE (212) 425-1901<br>
E-MAIL: reception@freehill.com<br>
www.freehill.com
</td><td>
NEW JERSEY OFFICE<br>
850 BERGEN AVENUE<br>
JERSEY CITY, N.J. 07306<br>
TELEPHONE (973) 623-5514<br>
FACSIMILE (973) 623-3813<br>
<br>
CONNECTICUT OFFICE<br>
23 OLD KINGS HIGHWAY SOUTH<br>
DARIEN, CT 06820-4538<br>
TELEPHONE: (203) 921-1913<br>
FACSIMILE (203) 358-8377
</td></tr>
</table>



RECEIVED FEB 14 2008 CHAMBERS OF DENISE COTE

MEMO ENDORSED

February 13, 2008

OUR REF: 402-07/PJG

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

Re: Americas Bulk Transport Ltd. v. Volcano Shipping S.A.
07 Civ. 7996 (DLC)

Dear Judge Cote:

    We represent Plaintiff Americas Bulk Transport in the captioned action which involves a maritime attachment pursuant to Rule B. We write to request an adjournment of the pretrial conference scheduled for February 15, 2008 at 3:00 pm. This is our first request for an adjournment, and counsel for the Defendant joins in our request.

    This action involves a claim for breach of charter. An attachment was issued under Rule B seeking security for Plaintiff's claim, which will be resolved by arbitration in London. Plaintiff has been successful in restraining funds of Defendant but has not yet restrained the full amount sought under the Process.

    In January, the Court ruled in defendant's favor on an application for counter-security. The parties are now arranging for the posting of that counter-security, and we are awaiting instructions from the Defendant as to where and in what form it would like the counter-security to be posted. It is likely that the funds already under restraint (and the counter-security) will be posted with UK solicitors for the respective parties under an agreed escrow letter, but this has not yet occurred (with the consent of both sides) as we are awaiting defendant's advices on the points noted above.

NYDOCS1/298910.1

The Honorable Denise L. Cote
February 13, 2008
Page 2


Since the merits of the action will be decided in London, and the parties are finalizing the posting of counter-security, the parties respectfully submit that the conference would be of little benefit to the Court or the parties and request that the Court set a control date for a status report within the next sixty to ninety days.

We appreciate the Court's attention to this matter.

Respectfully submitted,

FREEHILL HOGAN & MAHAR LLP

Peter J. Gutowski

PJG:clc

cc: *Via Email*
   Blank Rome LLP
   Attn: Jack A. Greenbaum, Esq.
   jgreenbaum@blankrome.com

*Status letter from plaintiff's due May 30, 2008. The conference is adjourned sine die.*

*Denise Cote*
*Feb 14, 2008*

NYDOCS1/298910.1

FREEHILL, HOGAN & MAHAR LLP