LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◊†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
◊ ALSO ADMITTED IN LOUISIANA

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377



RECEIVED
JUN 1 8 2008
CHAMBERS OF
DENISE COTE

**MEMO ENDORSED**

June 17, 2008

OUR REF: 402-07/PJG

**BY HAND**
Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08
```

Re:    Americas Bulk Transport Ltd.
       v. Volcano Shipping S.A.
       07 Civ. 7996 (DLC)

Dear Judge Cote,

We represent the Plaintiff Americas Bulk Transport in the captioned action which involves a maritime attachment under Rule B. The purpose in our writing is to provide a brief update to the Court on the status of the matter and to propose that the matter be held in abeyance for a period of 30 days for the reasons set forth below.

The action involves a claim for breach of charter. Funds were restrained as a consequence to the attachment, although not the full amount sought under the Process. The Defendants made an application for countersecurity and an Order was entered directing the posting of countersecurity. The Plaintiff confirmed that it was willing to arrange the countersecurity and the parties have been endeavoring to work out the terms and conditions under which that countersecurity would be posted, and a possibly alternative arrangement for the posting of security for the full amount of the claim from both sides, which discussions are ongoing.

It is our understanding that a further proposal was made this week and our clients are awaiting a response. Under the foregoing circumstances, we would propose that the matter be

NYDOCS1/306883.1

The Honorable Denise L. Cote
June 17, 2008
Page 2


held in abeyance for a period of 30 days and that we report back to the Court at that time in the event the security aspects are not resolved in the interim and the matter dismissed.

   We thank the Court for its attention to the foregoing and, provided this meets with Your Honor's approval, will report back by mid-July with status.

                              Respectfully submitted,

                              FREEHILL HOGAN & MAHAR LLP


                              Peter J. Gutowski

PJG:clc

cc:   Blank Rome LLP
      Attn: Jack A. Greenbaum, Esq.
      Via Email: jgreenbaum@blankrome.com


Status letter due
July 18, 2008.

Denise Cote
June 19, 2008

FREEHILL, HOGAN & MAHAR LLP