GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*¹
WILLIAM J. PALLAS*
GINA M. VENEZIA △
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°¹
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
¹ ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377





July 31, 2008

Our Ref: 402-07/PJG

**BY HAND**
Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8|1|08

   Re: Americas Bulk Transport Ltd.
     v. Volcano Shipping S.A.
     07 Civ. 7996 (DLC)

Dear Judge Cote,

  We represent the Plaintiff in the captioned action and write to provide the Court with a brief update on the status of the matter.

  Insofar as the merits of the claim are concerned, we understand from UK counsel that the claim is going forward in London. With respect to the countersecurity issues, English counsel had endeavored to work out an agreement as to how that security would be posted and I am following up with them so that the arrangements can be finalized and we can make the deposits, as appropriate, to establish those accounts once the agreement is finalized. I will ask our English correspondent counsel to try to get this wrapped up in short order and would propose that we report to the Court on the status of that effort no later than the first week of September, 2008.

  Provided this meets with the Court's approval, we will proceed on this basis and appreciate the Court's cooperation in this respect.

NYDOCS1/309758.1

The Honorable Denise L. Cote
July 31, 2008
Page 2

                                      Respectfully submitted,

                                      FREEHILL HOGAN & MAHAR LLP

                                      Peter J. Gutowski

PJG:mjg

cc:    Blank Rome LLP
       Attn: Jack A. Greenbaum, Esq.
       Via Email: jgreenbaum@blankrome.com

*[Handwritten note:]* Status letter is due September 19, 2008.
Denise Cote
August 1, 2008

NYDOCS1/309758.1

FREEHILL, HOGAN & MAHAR LLP